No. 25-1217

In the

# United States Court of Appeals
# For the Fourth Circuit

---

Angela Fuelling,
                  *Plaintiff-Appellant,*

v.

Echo Global Logistics, Inc.,
                  *Defendant-Appellee.*

---

From the United States District Court for the District of South Carolina
Case No. 7:22-cv-00905-JDA

---

**CONSENT MOTION TO CONTINUE ORAL ARGUMENT**

---

Brian D. Schmalzbach
Matthew T. Butler
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4746

Jay T. Thompson
Diana M. August
Katherine R. Kristinik
Murphy & Grantland P.A.
P.O. Box 6648
Columbia, SC 29260
T: (803) 782-4100

*Counsel for Defendant-Appellee
Echo Global Logistics, Inc.*

Pursuant to Federal Rule of Appellate Procedure 34(b) and Fourth Circuit Local Rule 34(c), Defendant-Appellee Echo Global Logistics, Inc. ("Echo") moves to continue the oral argument calendared for October 24, 2025. *See* ECF 38. There is good cause for a continuance because the United States Supreme Court has granted the petition for a writ of certiorari in *Montgomery v. Caribe Transport II, LLC*, No. 24-1238, 2025 WL 2808807 (Oct. 3, 2025), which presents the question at issue here: "Does § 14501(c) preempt a state common-law claim against a broker for negligently selecting a motor carrier or driver?" Both parties previously identified *Montgomery* as a case presenting the same issue as in this case. *See* ECF 28, 30.

The requested continuance will reduce the burden on the Court and the parties because the Supreme Court's forthcoming decision in *Montgomery* will likely control the outcome of this case. Accordingly, Echo requests that this Court remove this case from the oral argument calendar and place this case in abeyance pending a decision by the Supreme Court in *Montgomery*. Counsel for Plaintiff-Appellant consents to the requested relief.

1

Dated: October 6, 2025            Respectfully submitted,

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach
Matthew T. Butler
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4746
bschmalzbach@mcguirewoods.com
mbutler@mcguirewoods.com

Jay T. Thompson
Diana M. August
Katherine R. Kristinik
MURPHY & GRANTLAND P.A.
P.O. Box 6648
Columbia, SC 29260
T: (803) 782-4100
jay.thompson@murphygrantland.com
dmaugust@murphygrantland.com
kkristinik@murphygrantland.com

*Counsel for Echo Global Logistics, Inc.*

# **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 183 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced, 14-point Century Schoolbook font using Microsoft Word.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, this motion was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will also serve counsel of record.

<span style="text-align:right;">*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach</span>