FILED: October 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1217
(7:22-cv-00905-JDA)
_____

ANGELA FUELLING, Individually and as Personal Representative of the Estate of James Fuelling

       Plaintiff - Appellant

v.

ECHO GLOBAL LOGISTICS, INC.

       Defendant - Appellee

and

JASON RICARDO GORDON; S&J LOGISTICS, LLC

       Defendants

------------------------------

TRANSPORTATION INTERMEDIARIES ASSOCIATION, INC.

       Amicus Supporting Appellee

_____

O R D E R
_____

This case is currently calendared for oral argument on October 24, 2025.

For reasons appearing to the court, this case is removed from the oral argument calendar and is placed in abeyance pending a decision by the United States Supreme Court in *Montgomery v. Caribe Transport II, LLC*, No. 24-1238, 2025 WL 2808807 (U.S. Oct. 3, 2025).

Counsel shall immediately notify this court upon issuance of a decision by the Supreme Court.

    For the Court

    /s/ Nwamaka Anowi, Clerk